168 So. 902

**Abbie M. HERRON v. B. K. McGAHA et al.**

**6 Div. 573.**

Supreme Court of Alabama.

April 21, 1936.

Theo. J. Lamar, of Birmingham, for appellant.

Stokely, Scrivner, Dominick & Smith, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed by appellant.

168 So. 902

**Thomas L. HOLLEY v. R. N. HUDSON, etc.**

**1 Div. 874.**

Supreme Court of Alabama.

April 9, 1936.

PER CURIAM.

Appeal dismissed.

168 So. 902

**PACIFIC MUTUAL LIFE INSURANCE COMPANY OF CALIFORNIA v. William T. HALE.**

**6 Div. 864.**

Supreme Court of Alabama.

May 14, 1936.

J. C. Fleming, of Elba, for appellant.

Wilkerson & Brannen, of Troy, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

168 So. 903

**A. B. (alias Adolphus) SMILEY, alias Smiles v. STATE.**

**5 Div. 222.**

Supreme Court of Alabama.

April 23, 1936.

PER CURIAM.

Affirmed.

All Justices concur.

168 So. 903

**STATE of Alabama et al. v. FIRST NATIONAL BANK OF MOBILE.**

**3 Div. 127.**

Supreme Court of Alabama.

May 12, 1936.

PER CURIAM.

Appeal dismissed by appellant.

168 So. 903

**STATE ex rel. Emanuel GUGGENHEIM v. R. V. TAYLOR et al.**

**1 Div. 911.**

Supreme Court of Alabama.

April 7, 1936.

C. R. Shannon, of Mobile, for appellant.

Harry Seale, of Mobile, for appellees.

PER CURIAM.

Appeal dismissed.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.